# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS RUBEN ELLINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>CLARK, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:09-CV-02141-AWI-DLB PC<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE SUPPLEMENTAL OPPOSITION<br><br>(DOCS. 88, 89)<br><br>FOURTEEN DAY DEADLINE |

   Plaintiff Marcus Ruben Ellington ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act. This action is proceeding against Defendants Akanno and Kern Valley State Prison.

   On October 27, 2010, Defendants filed a motion for the Court to revoke Plaintiff's in forma pauperis status. Doc. 70. On May 20, 2011, the Court ordered Defendants to provide supplemental briefing in support of their motion. Doc. 87. On June 17, 2011 and July 1, 2011, Defendants supplemented their motion with additional briefing and evidence. The Court will provide Plaintiff an opportunity to supplement his opposition to address Defendants' supplemental briefing. Accordingly, it is HEREBY ORDERED that Plaintiff is granted fourteen (14) days from the date of service of this order in which to supplement his opposition. Failure to comply will be construed as a waiver of the opportunity to supplement the opposition.

   IT IS SO ORDERED.

   Dated:   **July 5, 2011**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1