# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS RUBEN ELLINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CLARK, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-CV-02141-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION, AND REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS<br><br>(DOC. 95) |

Plaintiff Marcus Ruben Ellington ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 27, 2010, Defendants filed a motion to revoke Plaintiff's in forma pauperis status. Doc. 70. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 8, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within eighteen days. Doc. 95. Plaintiff filed an Objection to the Findings and Recommendations on August 24, 2011. Doc. 96.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Plaintiff's contentions are unpersuasive. Plaintiff has accrued three or more strikes pursuant to 28 U.S.C. § 1915(g) prior to the initiation of this action. Plaintiff has not demonstrated that he was under imminent danger of serious physical injury at the time he initiated this action, and is thus not allowed to proceed in forma

pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 8, 2011, is adopted in full;
2. Defendants' motion to revoke Plaintiff's in forma pauperis status, filed October 27, 2010, is GRANTED;
3. Plaintiff's in forma pauperis status is revoked;
4. Plaintiff is required to pay the $350.00 filing fee in full within fourteen (14) days from the date of service of this order; and
5. Failure to timely pay the full filing fee will result in dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:     December 23, 2011

CHIEF UNITED STATES DISTRICT JUDGE