# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS RUBEN ELLINGTON,<br><br>          Plaintiff,<br><br>    v.<br><br>CLARK, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:09-CV-02141-AWI-DLB PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

     Marcus Ruben Ellington ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation, proceeding pro se.  Plaintiff filed a civil rights complaint on December 9, 2009.  Doc. 1.  On December 27, 2011, the Court revoked Plaintiff's in forma pauperis status, and ordered Plaintiff to submit the $350.00 filing fee in full within fourteen days. Doc. 99.  The Court warned Plaintiff that failure to timely pay the filing fee in full would result in dismissal of this action.  As of the date of this order, Plaintiff has not paid the filing fee.

     Accordingly, it is HEREBY ORDERED that this action is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee.  The Clerk of the Court is directed to close this action.  All pending motions are denied as moot.

IT IS SO ORDERED.

Dated:  January 24, 2012

                                                  CHIEF UNITED STATES DISTRICT JUDGE