1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

6
7

8  MARCUS RUBEN ELLINGTON,               CASE NO. 1:09-CV-02141-AWI-DLB PC

9                    Plaintiff,          ORDER DISMISSING ACTION WITHOUT
                                         PREJUDICE FOR FAILURE TO PAY FILING
10         v.                            FEE

11  CLARK, et al.,

12                    Defendants.
    _____/
13

14         Marcus Ruben Ellington ("Plaintiff") is a prisoner in the custody of the California

15  Department of Corrections and Rehabilitation, proceeding pro se.  Plaintiff filed a civil rights

16  complaint on December 9, 2009.  Doc. 1.  On December 27, 2011, the Court revoked Plaintiff's

17  in forma pauperis status, and ordered Plaintiff to submit the $350.00 filing fee in full within

18  fourteen days. Doc. 99.  The Court warned Plaintiff that failure to timely pay the filing fee in full

19  would result in dismissal of this action.  As of the date of this order, Plaintiff has not paid the

20  filing fee.

21         Accordingly, it is HEREBY ORDERED that this action is DISMISSED without prejudice

22  for Plaintiff's failure to pay the filing fee.  The Clerk of the Court is directed to close this action.

23  All pending motions are denied as moot.

24  IT IS SO ORDERED.

25  Dated:  ___January 24, 2012___                    _____

26                                                   CHIEF UNITED STATES DISTRICT JUDGE

27
28

1